NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARIBBEAN DISTILLERS, LLC and )
LIBERTY MUTUAL INSURANCE )
COMPANY, )
                       )
         Appellants, )
                       )
v. )         Case No. 2D17-565
                       )
JORDAN L. MILLS, )
                       )
         Appellee. )
_____ )

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Polk
County; John M. Radabaugh, Judge.

Irene Porter and Christina Flatau of Hicks,
Porter, Ebenfeld & Stein, P.A., Miami; and
Howard L. Scholl of Cole Scott & Kissane,
P.A., Tampa, for Appellants.

Tracy S. Carlin of Brannock & Humphries,
Tampa; and David G. Henry of Morgan &
Morgan, P.A., Lakeland, for Appellee.

PER CURIAM.

         Affirmed.

CASANUEVA, BLACK, and ATKINSON, JJ., Concur.